NUMBER 13-06-682-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


BAY AREA HEALTHCARE GROUP, LTD. D/B/A 

CORPUS CHRISTI MEDICAL CENTER - BAY AREA, Appellant,


v.



FREDDIE A. COOK, JR., ET AL., Appellees.

___________________________________________________________________


On appeal from the 347th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 Appellant, BAY AREA HEALTHCARE GROUP, LTD. D/B/A CORPUS CHRISTI
MEDICAL CENTER - BAY AREA ("the Hospital"), perfected an appeal from a judgment
entered by the 347th District Court of Nueces County, Texas, in cause number 05-03016-H. After the record and appellant's brief were filed, the parties filed an agreed motion to
dismiss the appeal. In the motion, the parties state that they have reached a full and final
settlement in this matter which renders moot the issues on appeal. The parties request
that this Court vacate the trial court's interlocutory order denying the Hospital's motion to
dismiss, without regard to the merits, and dismiss the entire case with prejudice based
upon the settlement between the parties. The parties further request that costs be taxed
against the party incurring same.

 The Court, having considered the documents on file and the parties' agreed motion,
is of the opinion that the motion should be granted. The agreed motion to dismiss is
GRANTED. In accordance with the parties' settlement agreement, the trial court's
interlocutory order denying the Hospital's motion to dismiss is VACATED, without regard
to the merits, and the entire case is DISMISSED without prejudice. 

 PER CURIAM

Memorandum Opinion delivered and filed this

the 22nd day of March, 2007.